PERCY RICH et al. *v.* THE SARGENT GRANITE COMPANY, SAMUEL A. NOYES, Receiver. etc., Respondent; MATTHEW BAIRD et al., Appellants.

(Argued June 19, 1894; decided June 22, 1894.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made May 9, 1894, which affirmed an order of Special Term directing the issuing of a warrant for the examination of the appellants concerning the property of defendants.

*Jacob Fettretch* for appellants.

*Samuel A. Noyes*, respondent, in person.

Agree to affirm; no opinion.
All concur.
Order affirmed.